IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLIE SHARP and BETTY SHARP,
wife and next friend of Charlie Sharp                                              PLAINTIFFS

VS.                                         CASE NO. 06-CV-4072

CONTINENTAL BATTERY COMPANY                                     DEFENDANT
                                                                THIRD-PARTY PLAINTIFF

VS.

JOHNSON CONTROLS, INC.                                  THIRD-PARTY DEFENDANT

                                    DEFENDANT

## ORDER

    Before the Court is a Motion to Compel filed on behalf of the Defendant Continental Battery Company. (Doc. No. 22-1). Defendant seeks an order compelling the Plaintiffs to respond to each item in its First and Second Sets of Discovery Requests. Plaintiffs have not responded to the motion. Upon consideration, the Court finds that the Motion to Compel should be and hereby is **granted**. Plaintiffs have up to and including May 4, 2007, in which to respond to both sets of discovery requests. Failure to comply with this Order could result in sanctions being imposed by the Court pursuant to Federal Rule of Civil Procedure 37.

    IT IS SO ORDERED, this 30th day of April, 2007.

                                                                          /s/Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                      United States District Judge