IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CHARLIE SHARP and BETTY SHARP, wife
and Next Friend of Charlie Sharp                                    PLAINTIFFS


VS.                              CASE NO. 06-CV-4072


CONTINENTAL BATTERY COMPANY
DEFENDANT                                         THIRD-PARTY PLAINTIFF

VS.

JOHNSON CONTROLS, INC.                           THIRD-PARTY DEFENDANT

## <u>ORDER</u>

Before the Court is Third-Party Defendant Johnson Controls, Inc.'s Motion to Adopt

Defendant Continental Battery Company's Motion for Summary Judgment, Brief in Support of

Summary Judgment and Statement of Undisputed Facts.  (Doc. 31-1).  Plaintiffs have not

responded to the motion, and the time to respond has passed.  *See* Local Rule 7.2(b), United

Stated District Court for the Western District of Arkansas.

Johnson Controls, Inc. moves to adopt Continental Battery Company's Motion for

Summary Judgment, Brief in Support of Motion for Summary Judgment, and Statement of

Undisputed Facts.  Upon consideration, the Court finds that good cause for the motion has been

shown.   Accordingly, this motion should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 11th day of May, 2007.


                                          /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge